## LENTZ & GENGARO LLP

COUNSELLORS AT LAW

347 MT. PLEASANT AVENUE, SUITE 203
WEST ORANGE, NEW JERSEY 07052
(973) 669-8900
FAX: (973) 669-8960
www.lentzgengaro.com

CHRISTOPHER P. GENGARO
cpg@lentzgengaro.com

Member of NJ, NY and D.C. Bars

April 13, 2023

**By eCourts Electronic Filing**

The Honorable Jose R. Almonte
Martin Luther King Jr. Courthouse
50 Walnut Street
Newark, New Jersey 07101

  Re: Marmat Novelty, Inc. vs. Cohen, et al.
     Case No. 2:21-cv-16692

Dear Judge Almonte:

  We represent Defendants in the above-referenced matter. During a recent conference call, because the parties had not yet entered into a written settlement agreement, the Court scheduled an in-person conference for April 20 at 11:30 a.m.

  On April 11, I sent Mr. Heldman a draft of an Agreement. Mr. Heldman responded that he is going away on vacation on April 13 through 19 and would not be able to respond prior to his return.

  In order to afford Mr. Heldman the opportunity to respond to the Agreement I provided, I respectfully request that the conference scheduled for April 20 be adjourned for two (2) weeks.

  We appreciate the Court's consideration.

Respectfully yours,

Christopher P. Gengaro

CPG:es
cc: Jeffrey Heldman, Esq. (By Email)